IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONRAD LEE VARGAS,

    Plaintiff,

v.

PETER GAVIN, MATTHEW FIDDLE,
DREW NIELSON, JEREMY LEIRMO,
LUKE FULLMER, LARRY DILLENBERG and
WILLIAM SWIEKATOWSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-814-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants Peter Gavin, Matthew Fiddle, Drew Nielson, Jeremy Leirmo, Luke Fullmer, Larry Dillenberg and William Swiekatowski's motion for summary judgment and dismissing this case.

_Peter Oppeneer_        8/27/12
Peter Oppeneer, Clerk of Court      Date